```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
David McGlynn                                      :
                                                   :
                           Plaintiff,              :       Civil Action No.
                                                   :       1:19-cv-00089 (PAE)
        -against-                                  :
                                                   :
Towers Investors.com, Inc.                         :
                                                   :
                           Defendant               :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/19

**REQUEST AND PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL**

I, Joseph A. Dunne, hereby request withdrawal as counsel for plaintiff David McGlynn, in the above captioned matter.

The Liebowitz Law Firm, PLLC represents David McGlynn, with myself and Richard Liebowitz serving as co-counsel. I am no longer with Liebowitz Law Firm and no longer counsel for David McGlynn. David McGlynn will suffer no harm or prejudice, as Richard Liebowitz will remain as lead counsel on her behalf.

Brooklyn, New York
Dated: January 15, 2019

Respectfully submitted,

/s/ Joseph A. Dunne
Joseph A. Dunne (JD 0674)
299 13th Street, Unit 1C
Brooklyn, NY 11215

**SO ORDERED**

DATED: January 16, 2019

*Paul A. Engelmayer*
DISTRICT COURT JUDGE