```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
DAVID MCGLYNN,                                            :
                                                          :
                                                          :      19 Civ. 89 (PAE)
                          Plaintiff,                      :
                                                          :          ORDER
              -v-                                         :
                                                          :
TOWER INVESTORS.COM, INC.,                                :
                                                          :
                                                          :
                          Defendant.                      :
                                                          :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

On consideration of plaintiff's response to the Court's Order to Show Cause, Dkt. 33, the Court hereby orders the following:

- Defendant shall have **until September 4, 2020**, to obtain new counsel and for that counsel to enter a notice of appearance in this case;

- If successor counsel does not appear on behalf of defendant by September 4, 2020, plaintiff shall, by **September 18, 2020**, obtain a clerk's certificate of default <u>and</u> file a motion for default judgment in accordance with this Court's individual rules.  Failure to do so will result in the dismissal of this case;

- Counsel for plaintiff shall serve a copy of this order directly on defendant Tower Investors.com Inc. and file a sworn affidavit of service on the docket of this case by 5pm on **August 7, 2020**.  Failure to do so will result in the dismissal of this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 4, 2020
       New York, New York