USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID MCGLYNN,

                           Plaintiff,                      19 **CIVIL** 89 (PAE)(GWG)

           -against-                      **JUDGMENT**

TOWERS INVESTORS.COM INC.,
                           Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 3, 2021, the report is adopted and the motion for damages and costs is granted in the amount of $5,400.

**Dated:** New York, New York
         June 3, 2021

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                          **BY:**
                                                    **Deputy Clerk**